IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TERI PETRE,** | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | CA NO. 3:19-CV-02662-l |
| | § | |
| **NATIONSTAR MORTGAGE, LLC,** | § | |
| **DBA MR. COOPER** | § | |
| | § | |
| *Defendant.* | § | |

# NOTICE OF SETTLEMENT

Plaintiff Teri Petre and Defendants Nationstar Mortgage, LLC and Nationstar Mortgage Holdings Inc. hereby file notice that a tentative settlement of all claims in the above civil action has been reached by the parties. The parties will file settlement and dismissal papers within thirty (30) days of the filing of this notice.

Respectfully submitted,


By: */s/ Richard A. Cuccia, II*
**Richard A. Cuccia, II**
State *Bar No. 50511752*
Email:  rcuccia@cucciawilson.com
**Michael S. Wilson**
State Bar No. 24008285
Email:  mwilson@cucciawilson.com
CUCCIA WILSON, PLLC
1910 Pacific Avenue, Suite 18850
Dallas, Texas  75201
(469) 577-0646
(214) 278-0780 – Fax


**ATTORNEYS FOR PLAINTIFF**
**TERI PETRE**



By: */s/ Judy Bennett Garner*
**Sarah Mitchell Montgomery**
State Bar No. 24045792
Email:  smmontgomery@jw.com
**Judy Bennett Garner**
State Bar No. 24092403
Email: jgarner@jw.com
JACKSON WALKER L.L.P.
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000
(214) 953-5822– Fax



**ATTORNEYS FOR DEFENDANTS**
**NATIONSTAR MORTGAGE, LLC,**
**NATIONSTAR MORTGAGE HOLDINGS**
**INC.**

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that, on July 15, 2020, a true and correct copy of this instrument was filed electronically, notice of the filing was served on all Counsel by operation of the Court's electronic filing system, and the parties may access this filing by and through the Court's electronic filing system.

                                                      */s/ Judy Bennett Garner*
                                                      Judy Bennett Garner

26328372